UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
Harrisburg Division

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 13 |
| DWAYNE KINDER, | : CASE NO. 1:16-bk-01342-MDF |
|     Debtor | : |
| | : |
| STEPHANIE M. KINDER, | : |
|     Plaintiff | : |
| | : |
| v. | : |
| | : |
| DWAYNE KINDER, | : ADVERSARY NO. 1:16–ap-0085-MDF |
|     Defendant | : |

## WITHDRAWAL OF FILING

    The Notice and Certificate of Service filed today on behalf of Stephanie Kinder, Docket No. 25, are hereby withdrawn. Such documents were filed in error, being a duplication filing of an entry already of record in this case.

Respectfully submitted,

WIX, WENGER & WEIDNER

By: /s Jeffrey C. Clark
    Jeffrey C. Clark, Esquire
    508 North Second Street
    P.O. Box 845
    Harrisburg, PA 17108-0845

Dated: July 29, 2016    (717) 234-4182
    jclark@wwwpalaw.com