Certificate Number: 14912-PAM-DE-027955921

Bankruptcy Case Number: 16-01342


14912-PAM-DE-027955921

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 23, 2016</u>, at <u>7:33</u> o'clock <u>PM EDT</u>, <u>Dwayne Kinder</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>August 23, 2016</u>     By:     <u>/s/Jai Bhatt</u>

                                Name:   <u>Jai Bhatt</u>

                                Title:  <u>Counselor</u>