```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 16-01342-MDF
Dwayne Kinder                                                   Chapter 13
        Debtor                 **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: TWilson              Page 1 of 1            Date Rcvd: Sep 29, 2016
                               Form ID: orcnfpln          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2016.
db             +Dwayne Kinder,   67 Pine Trail,   Delta, PA 17314-8738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Jeffrey C Clark    on behalf of Plaintiff Stephanie M. Kinder jclark@wwwpalaw.com,
               dwilliamson@wwwpalaw.com
              Jeffrey C Clark    on behalf of Creditor Stephen M Vidmosko jclark@wwwpalaw.com,
               dwilliamson@wwwpalaw.com
              Jeffrey C Clark    on behalf of Interested Party Stephanie M. Kinder jclark@wwwpalaw.com,
               dwilliamson@wwwpalaw.com
              Joshua I Goldman    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Steven M. Carr    on behalf of Debtor Dwayne  Kinder stevecarr8@comcast.net, njdodson@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Dwayne Kinder | Chapter 13 |
| Debtor(s) | Case No. 1:16−bk−01342−MDF |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on August 17, 2016. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: September 29, 2016

By the Court,

*Mary D. France* (signature)

Honorable Mary D. France
United States Bankruptcy Judge
By: TWilson, Deputy Clerk