UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

DWAYNE KINDER                           Case No.: 1-16-01342-HWV
                                        Chapter 13

Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                **MORTGAGE INFORMATION**
Creditor Name:             NATIONSTAR MORTGAGE
Court Claim Number:        08
Last Four of Loan Number:  67 Pine Trail - PRE-ARREARS - 5210
Property Address if applicable: 67 PINE TRAIL, , DELTA, PA17314

**PART 2:**                **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a.  Allowed prepetition arrearages:                                   $926.14
b.  Prepetition arrearages paid by the Trustee:                       $926.14
c.  Amount of postpetition fees, expenses, and charges recoverable
    Under Bankruptcy Rule 3002.1(c):                                  $0.00
d.  Amount of postpetition fees, expenses, and charges recoverable
    Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:          $0.00
e.  Allowed postpetition arrearage:                                   $0.00
f.  Postpetition arrearages paid by the Trustee:                      $0.00
g.  Total b, d, f:                                                    $926.14

**PART 3:**                **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment:  $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**                **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: April 17, 2019 　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　s/ Charles J. DeHart, III, Trustee
　　　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA  17036
　　　　　　　　　　　　　　　　　　　　　　　　Phone:  (717) 566-6097
　　　　　　　　　　　　　　　　　　　　　　　　Fax:  (717) 566-8313
　　　　　　　　　　　　　　　　　　　　　　　　eMail:  dehartstaff@pamd13trustee.com

Creditor Name:  NATIONSTAR MORTGAGE
Court Claim Number:  08

```
       CLM #    CHECK #     DATE        PRIN PAID     INT PAID    TOTAL DISB
       5200     1180255     02/08/2018    $87.86       $0.00        $87.86
       5200     1181615     03/08/2018    $93.50       $0.00        $93.50
       5200     1182981     04/03/2018    $93.50       $0.00        $93.50
       5200     1186083     05/15/2018   $187.00       $0.00       $187.00
       5200     1188780     07/12/2018    $93.50       $0.00        $93.50
       5200     1190153     08/09/2018    $93.50       $0.00        $93.50
       5200     1191467     09/06/2018    $93.50       $0.00        $93.50
       5200     1192800     10/10/2018    $93.50       $0.00        $93.50
       5200     1194160     11/08/2018    $90.28       $0.00        $90.28
```

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

DWAYNE KINDER  Case No.: 1-16-01342-HWV
 Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 17, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| STEVEN M. CARR, ESQUIRE<br>119 EAST MARKET STREET<br>YORK PA, 17402- | SERVED ELECTRONICALLY |
| NATIONSTAR MORTGAGE, LLC<br>PO BOX 619096<br>DALLAS, TX, 619096 | SERVED BY 1ST CLASS MAIL |
| DWAYNE KINDER<br>67 PINE TRAIL<br>DELTA, PA 17314 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: April 17, 2019

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com