```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                                 Case No. 16-01342-HWV
Dwayne Kinder                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: TWilson              Page 1 of 1              Date Rcvd: Jun 13, 2019
                              Form ID: fnldec            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
db             +Dwayne Kinder,    67 Pine Trail,    Delta, PA 17314-8738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Jeffrey C Clark    on behalf of Interested Party Stephanie M. Kinder jclark@wwwpalaw.com,
               dwilliamson@wwwpalaw.com
              Jeffrey C Clark    on behalf of Plaintiff Stephanie M. Kinder jclark@wwwpalaw.com,
               dwilliamson@wwwpalaw.com
              Jeffrey C Clark    on behalf of Creditor Stephen M Vidmosko jclark@wwwpalaw.com,
               dwilliamson@wwwpalaw.com
              Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Steven M. Carr    on behalf of Debtor 1 Dwayne  Kinder stevecarr8@comcast.net,
               njdodson@comcast.net
              Thomas I Puleo    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Dwayne Kinder,  
**Debtor 1**

Chapter 13

Case No. 1:16–bk–01342–HWV

Social Security No.: xxx–xx–4483

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: June 13, 2019

By the Court,

Honorable Henry W. Van Eck  
United States Bankruptcy Judge  
By: TWilson, Deputy Clerk

**fnldec** (05/18)